value of the life interests as fixed by mortuary tables and in addition a tax based on the entire corpus of the trust estate was levied and required to be paid on the remainder to be held by the State Tax Commission subject to the provisions of section 241, as amended, the income to be paid to the trustee during the continuance of the trust.

*Abraham L. Gutman* and *William Victor Goldberg* for appellants.

*Seth T. Cole* and *Charles A. Curtin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Estate of MYER HECHT, Deceased.

LEO SALOMON et al., as Executors, Appellants; STATE TAX COMMISSION, Respondent.

*Tax — transfer tax — constitutional law — life estate with contingent remainder — tax properly levied on value of life interest and also on entire corpus of trust estate to be paid to and held by Tax Commission — validity of chapter 144 of Laws of 1925.*

*Matter of Hecht,* 219 App. Div. 656, affirmed.
(Argued October 20, 1927; decided November 22, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1927, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Myer Hecht, deceased. The constitutionality and interpretation of amendments to section 230 of the Tax Law made by chapter 144 of the Laws of 1925 were involved. Decedent left part of his estate in trust for the benefit of his widow with contingent remainder. An inheritance tax was levied upon the value of the life interest as fixed by mortuary tables and in addition a tax based on the entire corpus of the trust estate was levied and required to be paid on the remainder, to be held by the State Tax Commission

subject to the provisions of section 241, as amended, the income to be paid to the trustee during the continuance of the trust.

*Charles Angulo* and *Edmund O. Austin* for appellants.

*Henry C. Eldert, Russell L. Bradford* and *James D. Ouchterloney* for Farmers' Loan and Trust Company et al., as executors of Florence Fish, deceased, *amici curiæ.*

*Lewis M. Isaacs* for Bankers Trust Company et al., as executors and trustees under the will of Mary B. Fareira, deceased, *amici curiæ.*

*Seth T. Cole* and *Charles A. Curtin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

PERCY P. COWANS et al., Respondents, *v.* TICONDEROGA PULP AND PAPER COMPANY, Appellant.

*Judgment — comity — conclusiveness of foreign judgment.*

*Cowans* v. *Ticonderoga P. & P. Co.*, 219 App. Div. 120, affirmed. (Argued October 20, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered February 3, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of Special Term denying a motion by plaintiffs for judgment on the pleadings and granted said motion. The action was brought to recover on a money judgment recovered by plaintiffs against defendant in the Province of Quebec. Defendant contended that the judgment was only *prima facie* evidence against which any defense which could have been used at the trial in the foreign court was available to defeat recovery here. The Appellate Division held that the foreign judgment was conclusive.

*William C. Cannon, John W. Davis, William R. Carlisle* and *Frank B. Wickes* for appellant.

*Samuel Seabury* and *Thomas B. Cotter* for respondents.